Argued February 4—decided February 4, 1970

ANEEN P. GORMAN *v.* EDWARD GORMAN

The motion by the defendant for this court to review the action of the Superior Court in Fairfield County at Stamford terminating the stay is denied.

The motion by the defendant for an extension of time to file a request for a finding in connection with his motion for review is dismissed.

The motion by the defendant for an extension of time to file a brief in support of his motion for review is dismissed.

*Robert M. McAnerney* and *Peter M. Ryan,* on the motions.

Submitted January 27—decided February 10, 1970

The motion by the plaintiff for a termination of the stay of execution pending review of the action of the Superior Court in Fairfield County at Stamford is granted.

*Joseph M. Kaye,* on the motion.

Submitted January 28—decided February 10, 1970

The request by the defendant for a finding in connection with his motion for review is dismissed.

The motion by the defendant for a further extension of time to file a brief in support of his motion for review is dismissed.

*Robert M. McAnerney* and *Peter M. Ryan,* on the motions.

Submitted February 3—decided February 10, 1970

The motion by the defendant for a further extension of time to file his draft finding in connection with his motion for review is dismissed.

*Robert M. McAnerney* and *Peter M. Ryan,* on the motion.

*Joseph M. Kaye,* in opposition.

